514

(January 14, 1971)

JEROME BYRD, Respondent, v. AUTO HIRE, INC., et al., Appellants.—

Concur—
Stevens, P. J., Capozzoli, Nunez and McNally, JJ.

In the Matter of the Intermediate Accounting of FIRST NATIONAL CITY BANK, as Trustee under an Agreement with DOROTHY W. HILTON. MELISSA M. A. COPE, an Infant, Appellant; JOAN P. GRANT et al., Respondents.—

Concur — Stevens, P. J., Eager, Capozzoli, Tilzer and Bastow, JJ. [59 Misc 2d 969.]

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK

Concur—
Capozzoli, J. P., Markewich, Nunez and Steuer, JJ.